# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDWARD SCHMIDT

VERSUS

CENTRAL ROCK CORPORATION AND
MICHAEL FLAHERTY

NO.  2023 CW 1191

**JANUARY 29, 2024**

---

In Re:   Michael D. Flaherty, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201414980.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**STAY DENIED; WRIT DENIED.**
                    **CHH**
                    **SMM**

**McClendon, J.,** concurs in part and dissents in part.  I would have granted relator's stay request pending our ruling on this writ application.  However, I agree with the majority's decision to deny the writ application on its merits.

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
    FOR THE COURT